NEW-YORK,
May, 1832.

Day
v.
Alverson.

</div>

---

### DAY & WHITE *vs.* ALVERSON.

A plaintiff in ejectment claiming the premises *in fee* is entitled to recover, although he only shew *title by possession*.

EJECTMENT. The plaintiffs in an action of ejectment claimed the premises described in their declaration as belonging to them *in fee*, and on the trial of the cause gave no higher evidence of title than title by *possession*. The presiding judge ruled that they were entitled to recover, and the defendant excepted to his decision. The plaintiffs now moved for judgment for the frivolousness of the bill of exceptions, and the court gave them judgment, holding that *title by possession* is *prima facie* evidence of a fee.